**Norman HENRY, Defendant Below, Appellant,**

v.

**STATE of Delaware, Plaintiff Below, Appellee.**

No. 110, 2015

Supreme Court of Delaware.

Submitted: June 22, 2015

Decided: September 8, 2015

Court Below—Superior Court of the State of Delaware, in and for Sussex County, Cr. ID No. 1206004571.

AFFIRMED.

■

**Benjamin F. WHITEMAN, Defendant Below–Appellant,**

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 251, 2015

Supreme Court of Delaware.

Submitted: July 22, 2015

Decided: September 9, 2015

Court Below—Superior Court of the State of Delaware, in and for New Castle County, Cr. ID 30901716DI

AFFIRMED.

■

**Carlton W. GIBBS, Defendant Below, Appellant,**

v.

**STATE of Delaware, Plaintiff Below, Appellee.**

No. 1, 2015

Supreme Court of Delaware.

Submitted: July 30, 2015

Decided: September 9, 2015

Court Below—Superior Court of the State of Delaware, in and for Sussex County, Cr. ID No. 92S05785DI

AFFIRMED.